JUNJI SUZUKI (SBN 184738)
junji@marshallsuzuki.com
MARSHALL SUZUKI LAW GROUP, LLP
230 California Street, Suite 415
San Francisco, CA 94111
Telephone: (415) 618-0090
Facsimile: (415) 618-0190
Attorney for Applicant,
hey, inc.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Ex Parte Application of<br><br>hey, inc.,<br><br>Applicant. | Case No:<br><br>**DECLARATION OF YUICHI NAKAZAWA IN SUPPORT OF EX PARTE APPLICATION FOR ORDER PURSUANT TO 28 USC. § 1782 PERMITTING DISCOVERY FOR USE IN FOREIGN PROCEEDING** |

I, Yuichi Nakazawa, declare as follows:

1. I am an attorney duly licensed to practice law in Japan. I am a partner at Toda Sogo Law Office, a legal profession corporation and existing under the laws of Japan. Applicant, hey, inc. ("Applicant"), a Japanese corporation, planning, developing and operating internet business in Japan, retained my firm and me to initiate a civil lawsuit against those liable for defamation and unlawful business interference under Japanese law as soon as their identities have been ascertained through discovery.

2. I have personal knowledge of each matter stated herein.

3. I submit this declaration in support of Applicant's Ex Parte Application for Order Pursuant to 28 USC. § 1782 (the "Application").

-Page 1 of 5-

**In re Ex Parte Application of hey, inc.**
Declaration of Yuichi Nakazawa in Support of Ex Parte Application for Order pursuant to 28 U.S.C. § 1782 Permitting Discovery for Use in Foreign Proceeding

4. Applicant is a growing start-up company established in 2012. Mr. Yusuke Sato ("Mr. Sato") is Applicant's CEO, and Mr. Yusuke Mitsumoto ("Mr. Mistsumoto") is Applicant's ex-CEO.

5. On September 10, 2021, an unknown individual under Twitter name of ベギラマくん @cogitopp[1] ("begirama-kun @cogitopp" in English, "Subject Account 1") in Exhibit A attached hereto tweeted[2] that the top of a certain "Company H" had sexual relationship with multiple employees of the company and his former company "Frea○Out" ("Subject Tweet 1"). The Subject Tweet 1 was tweeted as a retweet to another tweet[3] by another Twitter user under the name of MILK@mlnk901[4] ("Subject Account 2"), referring to "Company H" and "a tequila incident." In Japan, the "tequila incident" was a notable event that Mr. Mitsumoto, the Applicant's ex-CEO, played a "tequila game" with a female in Tokyo, whose condition suddenly changed thereafter, and she was rushed to the hospital where she died[5]. Further, Mr. Sato was co-founder of FreakOut, inc. (currently known as "FreakOut Holdings, inc."). By mentioning "tequila incident," the company name "H," which is the initial of the Applicant's company name, the word "Frea○Out," which implies FreakOut and therefor referes to FreackOut Holding, inc., and the fact that the current CEO of Company H was co-founder of the "Frea○Out," it is clear that defamatory tweets referred to Applicant. On the same day, in response to a reply to the Subject Tweet 1, the Subject Account 1 tweeted as Exhibit B attached hereto that such fact is known to the employees of "Company F" and "Company H," and he was particularly aggressive ("Subject Tweet 2"). The Subject Tweet 2, coupled with the Subject Tweet 1, is a strong indication that the tweets are based on solid evidence.

---

[1] https://twitter.com/cogitopp

[2] https://twitter.com/cogitopp/status/1436100450172891159?s=20

[3] https://twitter.com/mlnk901/status/1436055927665283079

[4] https://twitter.com/mlnk901

[5] https://www.dailyshincho.jp/article/2020/12101407/

-Page 2 of 5-

**In re Ex Parte Application of hey, inc.**
Declaration of Yuichi Nakazawa in Support of Ex Parte Application for Order pursuant to 28 U.S.C. § 1782 Permitting Discovery for Use in Foreign Proceeding

However, based on my investigation into this matter, there were no such facts to which the Subject Tweet 1 and Subject Tweet 2 referred. Exhibit A and B is a true and correct copy of the Subject Tweet 1, the Subject Tweet 2 and other pertinent tweets as of November 9, 2021.

6. In addition, on September 26, 2021, citing a press release announcing that Bain Capital, LP had invested in the Applicant, the Subject Account 2 in Exhibit C attached hereto tweeted that a person who decided the investment lacked common sense to judge between right and wrong ("Subject Tweet 3"). Exhibit C is a true and correct copy of the Subject Tweet 3 as of November 9, 2021.

7. Further, on October 27, 2021, another unknown individual under Twitter name of アサダアキラ㌠（ビジパ専門家） | 令3年2月〜12月「スタートア… @DJ_AsadaAkira ("asada-akira-san-team (bijipa-professional) | from February to December of 2021 "Start U...@ DJ_AsadaAkira" in English)[6] in Exhibit D attached hereto tweeted[7] that, by referring to the names of Mr. Mitsumoto and Mr. Sato, their entrepreneurship embracing unethical and law-evading spirits should be criticized, in other words, they lack ethical standard and do not mind breaking the law ("Subject Tweet 4"). Exhibit D is a true and correct copy of the Subject Tweet 4 as of November 9, 2021.

8. Based on my investigation into this matter, the Subject Tweet 1 and Subject Tweet 2 contain false factual statements that Applicant's CEO, Mr. Sato had a sexual relationship with multiple employees immorally, and constitute defamation against Mr. Sato. Mr. Sato is a well-respected and well-known entrepreneur in Japan, who has a Twitter following of over 50,500 followers[8], and called "Serial Entrepreneur"[9] and "Genius

---

[6] https://twitter.com/DJ_AsadaAkira

[7] https://twitter.com/dj_asadaakira/status/1453353635027423238?s=21

[8] https://twitter.com/usksato

[9] https://finders.me/articles.php?id=1547

-Page 3 of 5-
**In re Ex Parte Application of hey, inc.**
Declaration of Yuichi Nakazawa in Support of Ex Parte Application for Order pursuant to 28 U.S.C. § 1782 Permitting Discovery for Use in Foreign Proceeding

Programmer."[10] Since Applicant is also known to be a company led by Mr. Sato as CEO, there is a strong nexus between the Applicant and Mr. Sato's reputation. Therefore, the Subject Tweet 1 and Subject Tweet 2 constitute defamation against Mr. Sato, and also, against the Applicant.

9. The words of Subject Tweet 3 and Subject Tweet 4 are also sufficient to constitute defamation as they diminish the objective social evaluation of the Applicant's morality, reputation and trustworthiness. In Japan, not only a false statement of fact, but also an opinion or commentary may constitute defamation, if such opinion or commentary diminishes the objective social evaluation of a person's character, morality, reputation, trustworthiness, or other personal values. 最高裁判所 [Supreme Court] Sept. 9, 1997, 最高裁判所民事判例集 51 巻 8 号 3804 頁 [51 Supreme Court Reports (Civil Cases) 8 (3804)] (Japan).

10. Considering the facts above, it is my opinion as a Japanese lawyer that the Subject Tweet 1, Subject Tweet 2, Subject Tweet 3 and Subject Tweet 4 (collectively "Subject Tweets") were tweeted for harassment purposes, and constitute defamation and unlawful business interference against Applicant under Japanese Civil Code 709[11] [12].

11. Therefore, Applicant intends to bring a lawsuit in Japan against the person(s) associated with the Subject Account 1, Subject Account 2 and Subject Account 3 (collectively "Subject Accounts") as soon as the person(s)' identities have been ascertained through the discovery sought by the Application.

12. In order to identify the person(s) who committed unlawful acts against Applicant through the Subject Accounts, it is crucial for Applicant to obtain the information relevant thereto. In particular, the information relating to the Subject Accounts, as specified in the proposed subpoena concurrently filed with the Application, would be

---

[10] https://www.itmedia.co.jp/business/articles/1808/27/news058.html

[11] https://elaws.e-gov.go.jp/document?lawid=129AC0000000089

[12] http://www.japaneselawtranslation.go.jp/law/detail/?id=2057&vm=&re

-Page 4 of 5-

In re Ex Parte Application of hey, inc.
Declaration of Yuichi Nakazawa in Support of Ex Parte Application for Order pursuant to 28 U.S.C. § 1782 Permitting Discovery for Use in Foreign Proceeding

critical and highly relevant in identifying the perpetrators. Obviously, access logs when the Subject Tweets were tweeted and access log for each login are highly relevant and necessary, but some or all of them may be unavailable because records of older access are generally erased after a short period of time (usually 3 to 6 months), in which case subsequent access logs after the Subject Tweets were tweeted will become highly relevant and necessary for Applicant.

13. It shall be noted that Japanese law does not allow "John Doe defendant" in civil litigation. Article 2 (1) of Rules of Civil Procedure (Rules of the Supreme Court of Japan No. 5 of 1996) require a plaintiff to state names and physical addresses of the all parties, including defendant, in his complaint to commence litigation. Therefore, without first obtaining the information about Subject Accounts, Applicant may not even start litigation.

14. Based on my investigation and search, Subject Accounts are maintained by Twitter, located in San Francisco, California[13] [14]. Twitter is not a party to the anticipated Japanese lawsuit described above.

15. I am not aware of any restrictions imposed by or any policies under Japanese law limiting the proof-gathering proceeding in the manner proposed and for the purposes stated herein and in the Application.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: January 28th, 2022        By: _____
                                      Yuichi Nakazawa

---

[13] https://investor.twitterinc.com/corporate-governance/contact-the-board-/default.aspx

[14] https://businesssearch.sos.ca.gov/Document/RetrievePDF?Id=03006676-30506312

-Page 5 of 5-
**In re Ex Parte Application of hey, inc.**
Declaration of Yuichi Nakazawa in Support of Ex Parte Application for Order pursuant to 28 U.S.C. § 1782 Permitting Discovery for Use in Foreign Proceeding

# Exhibit A



キーワード検索

ツイート

ベギラマくん
@cogitopp

そもそもH社トップの方は元いたフリー〇アウトでも社員を食いまくってた。Hでも変わらないらしい。
遊ぶのは好きにすればいいが社員に生き続けるのはトップとして…

> MILK @mlnk901 · 9月10日
> 某ファンドに勤める友人からH社について聞かれたとき、事業としての可能性や実績以外の色んな部分に闇が潜んでいることを伝え、個人的にもリスクを感じ彼は関わらない決断をしたようだったが、その後しばらくしてからテキーラ事件発生。結果的に良かったのではないかな。

午前7:53 · 2021年9月10日 · Twitter Web App

34 件のリツイート　　19 件の引用ツイート　　127 件のいいね

返信をツイート　　返信

MILK @mlnk901 · 9月10日
返信先: @cogitoppさん
えぇ、それはマジなのですか。。。

1　　　　　　4

ベギラマくん @cogitopp · 9月10日
F社の社員からもH社の社員からも聞いたことあります
特にF社時代は相当エグくて社員みんな知ってるのでは。

1　　　　　　8

返信を表示

返信をさらに表示

### その他のツイート

QLクライシス @QLifecrisises · 18時間
公認会計士になるためにいっぱい頑張ったから僕に合格をください



28　　　467　　　6,801

このスレッドを表示

じろ(26) @26ooo · 15時間
関西スーパー対応やばすぎる。なんだこれ。。。
一読をスーパー推奨する。

#### 関連性の高いアカ

ベギラマくん
@cogitopp
港区発で経営…
食いついないで…
飼いならされ…
しか言いませ…
えます→ pein…
開放してるの…
に投げてええ…

MILK
@mlnk901
三児の父なの…
ヤ界の陽キャ…

### いまどうしてる？

ニュース · 7分前
木下富美子都議 9日都議…
へ 3度の召喚状

#麒麟川島を笑わせて1…
写真で一言！川島さん…
分け！by LINEポケット…

LINEポケットマネー/LI…
ョン

政治 · トレンド
平井卓也の弟
トレンドトピック: 香川1区

ニュース · トレンド
半導体確保
トレンドトピック: 行動計…

【公式】マイナビ子育…
「我が子を可愛いと思…
優の北川弘美さんが産…
白。「母親失格と言わ…
んじゃないか」

さらに表示

利用規約　プライバシーポ…
Cookieのポリシー　広告情…
© 2021 Twitter, Inc.

# Exhibit B

# Twitter

- ホーム
- 話題を検索
- 通知 (20+)
- メッセージ
- ブックマーク
- リスト
- プロフィール
- もっと見る

**ツイートする**

← ツイート

**ベギラマくん** @cogitopp · 9月10日
そもそもH社トップの方は元いたフリー〇アウトでも社員を食いまくってた。Hでも変わらないらしい。
遊ぶのは好きにすればいいが社員に生き続けるのはトップとして…

> **MILK** @mlnk901 · 9月10日
> 某ファンドに勤める友人からH社について聞かれたとき、事業としての可能性や実績以外の色んな部分に闇が潜んでいることを伝え、個人的にもリスクを感じ彼は関わらない決断をしたようだったが、その後しばらくしてからテキーラ事件発生。結果的に良かったのではないかな。

💬 4　🔁 53　♡ 127

**MILK** @mlnk901 · 9月10日
えぇ、それはマジなのですか。。。

💬 1　🔁　♡ 4

**ベギラマくん** 
@cogitopp

返信先: @mlnk901さん

F社の社員からもH社の社員からも聞いたことあります 特にF社時代は相当エグくて社員みんな知ってるのでは。

午前8:33 · 2021年9月10日 · Twitter Web App

**8** 件のいいね

返信をツイート　　**返信**

**MILK** @mlnk901 · 9月10日
返信先: @cogitoppさん
草食系に見せかけて、中身は狼だったのですね…

💬　🔁　♡ 6

🔍 キーワード検索

**関連性の高いア**


**ベギラマくん**
@cogitopp
港区発で経営
食いつないで
飼いならされ
しか言いませ
えます→ peing
開放してるの
に投げてえ


**MILK**
@mlnk901
三児の父なの
ャ界の陽キャ

**いまどうしてる？**

ニュース · 7 分前
木下富美子都議 9日都議
へ 3度の召喚状

#麒麟川島を笑わせて1
写真で一言！川島さん
分け！by LINEポケット
↗ LINEポケットマネー/LI
ョン

政治 · トレンド
平井卓也の弟
トレンドトピック: 批判記

日本のトレンド
どしゃ降り
1,984件のツイート

マネー現代 · 1 時間前
無印良品の社員が、上
長」「課長」と呼ばな
理由」

さらに表示


urjnhp 🔒
@urjnhp
…

# Exhibit C

← ツイート

**MILK**
@mlnk901

ベ◯ンキャピタル自体は超有能集団&パフォーマンスもめちゃくちゃ出てるイメージやけど、なぜリスクを承知の上でheyに入れてるのかよく分からんな。ワイの知人はとても優秀やし善悪の判断もつく常識人やけど、そうではない人も中にはいるらしい。

午後4:15 · 2021年9月26日 · Twitter for iPhone

6 件のリツイート　42 件のいいね

返信をツイート　　　　　　　　　　　　　返信

べギラマくん @cogitopp · 9月26日
返信先: @mlnk901さん
まあGoogleがpringを買収するようにリアル決済領域はどんなに自社事業でしくってもMAもあり得るので選択は正しいかと。
まあ素行調査はムラの中にいないと難しいんでしょうが…

1　　　　　　　　3

urjnhp 🔒
@urjnhp

ホーム
話題を検索
通知
メッセージ
ブックマーク
リスト
プロフィール
もっと見る
ツイートする

キーワード検索

**関連性の高いアカウント**

**MILK** @mlnk901　フォロー
三児の父なのにノージョブです。ャ界の陽キャ目指してます。

**いまどうしてる？**

ニュース · 5 分前
木下富美子都議 9日都議会に出席へ 3度の召喚状

#麒麟川島を笑わせて100万円山分け
写真で一言！川島さんを笑わせて100万円分け！ by LINEポケットマネー
↗ LINEポケットマネー/LINEスコアによるプロ… ョン

政治 · トレンド
立憲民主党の新代表
トレンドトピック: 森裕子氏

ニュース · トレンド
貧困の大人
トレンドトピック: 子供の有無、SNS憤りの声

mi-mollet/ミモレ ✓ · 昨日
楽天は週4日出社へ…コロナ後の働き方が企業の明暗を分けるワケ

さらに表示

Exhibit D




- ホーム
- 話題を検索
- 通知 20+
- メッセージ
- ブックマーク
- リスト
- プロフィール
- もっと見る

**ツイートする**

← ツイート

**川邊健太郎** @dennotai · 10月27日

「新しい資本主義実現会議」にて私が総理に申し上げた意見はこちらです。岸田さんはあまり「規制改革」を仰らないので、そこはしつこく申し上げてしまいました。他は日頃から私が大事に思っている事を述べました。民主主義とかスタートアップとか、デジタル化とか。ご批判等々遠慮



💬 15　🔁 291　♡ 1,457

 **アサダアキラ🥸（ビジパ専門家）｜令3年2月〜12月「スタートア...**
@DJ_AsadaAkira

返信先: @dennotaiさん

Zホールディングス　川邊健太郎様（@dennotai）

起業家界隈の光本勇介氏、ならびにそれを支援する佐俣アンリ氏や佐藤裕介氏のような非エシカル脱法上等精神の起業文化は、起業界隈の業界内自浄化作用としてまっさきに批判すべきで、それから政治的発言をすべきと思いますがいかがでしょうか？

午後10:31 · 2021年10月27日 · Twitter Web App

**1** 件のリツイート　**1** 件のいいね

返信をツイート　　返信

返信をさらに表示

### その他のツイート

 **佐藤昭太 / non-standard world** @shotasato_nsw · 16時間

#Shopify 純正ヘッドレスコマース構築フレームワーク「Hydrogen」、クローズドベータ期間が終了して開発者プレビュー開始。

github.com/Shopify/hydrog...



Docs | Discord | Discussions | Changelog
Hydrogen is a React-based framework for building dynamic, Shopify-powered custom storefronts.

💬 2　🔁 11　♡ 66

このスレッドを表示

**マサ・サイトーくん** @ganryu_battle · 17時間
高級なフレンチとかラグジュアリーな経験も楽しいけど、ガストで苦手なもの交換し合いながら美味しいねと言ったり、その辺の公園の芝生でブルーシート敷いてぼーっとまったり過ごしたりする、そんな時間が尊くなる人が一番いいんだな。

💬 1　🔁 2　♡ 50

**みる兄さん🥸** @milnii_san · 14時間

🔍 キーワード検索

### 関連性の高いアカウント

 **アサダアキラ🥸（ビ...** 　フォロー
@DJ_AsadaAkira
ビジネスの役に立たないホットな話題を発信しています/連絡はTelegramが100%安全確実です／💌 djasadaakira@ctemplar.com/📲Telegram:djasadaakira/ 質問箱▶️peing.net/ja/dj_asadaaki... noteで過激な文章を書きます

 **川邊健太郎** 　フォロー
@dennotai
Zホールディングス(株)・ヤフー(株)代表取締役社長、ソフトバンク(株)取締役、(株)ZOZO取締役、日本IT団体連盟会長。インターネットと自然が大好きです！趣味は釣り、狩猟、読書など。フォローを宜しくお願いします！

### いまどうしてる？

ニュース · 3 分前
**木下富美子都議 9日都議会に出席へ 3度の召喚状**

#麒麟川島を笑わせて100万円山分け
写真で一言！川島さんを笑わせて100万円を山分け！ by LINEポケットマネー
↗ LINEポケットマネー/LINEスコアによるプロモーション

ニュース · トレンド
**半導体確保**
トレンドトピック: 行動計画

ニュース · トレンド
**貧困の大人**
トレンドトピック: SNS憤りの声、子供の有無

 Business Insider Japan ✓ · 1時間前
**100均のダイソーが「脱」大量生産・消費へ**
🍀新ブランド「Standard Products」が300円で作った世界観

さらに表示

利用規約　プライバシーポリシー
Cookieのポリシー　広告情報　もっと見る ...
© 2021 Twitter, Inc.

 urjnhp 🔒
@urjnhp

