JUNJI SUZUKI (SBN 184738)
junji@marshallsuzuki.com
MARSHALL SUZUKI LAW GROUP, LLP
230 California Street, Suite 415
San Francisco, CA 94111
Telephone: (415) 618-0090
Facsimile: (415) 618-0190
Attorney for Applicant,
hey, inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| In re Ex Parte Application of | ) | Case No: |
|---|---|---|
| | ) | |
| | ) | **DECLARATION OF AIKO REYNOLDS** |
| hey, inc., | ) | **IN SUPPORT OF EX PARTE** |
| Applicant. | ) | **APPLICATION FOR ORDER PURSUANT** |
| | ) | **TO 28 U.S.C. § 1782 PERMITTING** |
| | ) | **DISCOVERY FOR USE IN FOREIGN** |
| _____ | ) | **PROCEEDING** |

I, Aiko Reynolds, declare as follows:

1. My name is Aiko Reynolds. I am over 18 years of age. I am an assistant at Marshall Suzuki Law Group.

2. I translated parts of Exhibit A, C, E, and G attached hereto from Japanese to English, which are the parts of Exhibits attached to the declaration of Yuichi Funakoshi concurrently submitted herewith and necessary to support the ex parte application also concurrently submitted herewith.

3. Exhibit B attached hereto is a true and correct English translation of the yellow hilighted part of Exhibit A described above.

4. Exhibit D attached hereto is a true and correct English translation of the yellow hilighted part of Exhibit C described above.

5. Exhibit F attached hereto is a true and correct English translation of the yellow hilighted part of Exhibit E described above.

**In re Ex Parte Application of hey, inc.**
Declaration of Aiko Reynolds in Support of Ex Parte Application for Order pursuant to 28 U.S.C. § 1782
Permitting Discovery for Use in Foreign Proceeding

1    6.  Exhibit H attached hereto is a true and correct English translation of the yellow hilighted

2        part of Exhibit G described above.

3    7.  I am qualified to translate from Japanese to English because I can read, write, understand

4        and speak both Japanese and English fluently.

5        I declare under penalty of perjury under the laws of the United States that the foregoing

6    is true and correct.

7

8    Dated: January 29, 2022                    By: _____

9                                                    Aiko Reynolds

**In re Ex Parte Application of hey, inc.**
Declaration of Aiko Reynolds in Support of Ex Parte Application for Order pursuant to 28 U.S.C. § 1782
Permitting Discovery for Use in Foreign Proceeding

# Exhibit A

**ベギラマくん**
@cogitopp

そもそもH社トップの方は元いたフリー◯アウトでも社員を食いまくってた。Hでも変わらないらしい。
遊ぶのは好きにすればいいが社員に生き続けるのはトップとして…

> **MILK** @mlnk901 · 9月10日
> 某ファンドに勤める友人からH社について聞かれたとき、事業としての可能性や実績以外の色んな部分に闇が潜んでいることを伝え、個人的にもリスクを感じ彼は関わらない決断をしたようだったが、その後しばらくしてからテキーラ事件発生。結果的に良かったのではないかな。

午前7:53 · 2021年9月10日 · Twitter Web App

---

**MILK** @mlnk901 · 9月10日
返信先: @cogitoppさん
えぇ、それはマジなのですか。。。

**ベギラマくん** @cogitopp · 9月10日
F社の社員からもH社の社員からも聞いたことあります
特にF社時代は相当エグくて社員みんな知ってるのでは。

# Exhibit B

begirama-kun

@cogitopp

To begin with, the top of a certain company H has slept with so many employees back when he was at Frea○Out. And apparently, he hasn't changed even at the certain company H.

I don't mind him playing around but it's inappropriate as a CEO to continue hitting on employees...

MILK @mlnk901 – September 10

When a friend who works for a fund asked me about a certain company H, I told him there are some shady stuff lurking in multiple areas other than business potential and track record. He seemed to have decided not to be involved with the company after also personally feeling it risky. And the tequila incident happened sometime after that. I guess his decision turned out to be a good one.

7:53 a.m. – September 10, 2021 – Twitter Web App

MILK @mlnk901 – September 10

Replying to: @cogitopp san

Oh wow, is that for real…?

begirama-kun @cogitopp – September 10

I heard from employees at both a certain company F and a certain company H.

He was particularly aggressive when he was at the certain company F, and I think every employee knows.

# Exhibit C

ベギラマくん @cogitopp · 9月10日
そもそもH社トップの方は元いたフリー〇アウトでも社員を食いまくってた。Hでも変わらないらしい。
遊ぶのは好きにすればいいが社員に生き続けるのはトップとして

 MILK @mlnk901 · 9月10日
某ファンドに勤める友人からH社について聞かれたとき、事業としての可能性や実績以外の色んな部分に闇が潜んでいることを伝え、個人的にもリスクを感じ彼は関わらない決断をしたようだったが、その後しばらくしてからテキーラ事件発生。結果的に良かったのではないかな。

MILK @mlnk901 · 9月10日
えぇ、それはマジなのですか。。。

ベギラマくん
@cogitopp

返信先: @mlnk901さん

F社の社員からもH社の社員からも聞いたことあります
特にF社時代は相当エグくて社員みんな知ってるのでは。

午前8:33 · 2021年9月10日 · Twitter Web App

# Exhibit D

begirama-kun @cogitopp – September 10

To begin with, the top of a certain company H has slept with so many employees back when he was at Frea◯Out. And apparently, he hasn't changed even at the certain company H.

I don't mind him playing around but it's inappropriate as a CEO to continue hitting on employees...

MILK @mlnk901 – September 10

When a friend who works for a fund asked me about a certain company H, I told him there are some shady stuff lurking in multiple areas other than business potential and track record. He seemed to have decided not to be involved with the company after also personally feeling it risky. And the tequila incident happened sometime after that. I guess his decision turned out to be a good one.

MILK @mlnk901 – September 10

Oh wow, is that for real…?

begirama-kun @cogitopp – September 10

Replying to: @mlnk901 san

I heard from employees at both a certain company F and a certain company H.

He was particularly aggressive when he was at the certain company F, and I think every employee knows.

MILK @mlnk – September 10

Replying to: @cogitopp san

So, he was a wolf at heart while appearing to be mild and passive.

# Exhibit E



**MILK**
@mlnk901

べ〇ンキャピタル自体は超有能集団&パフォーマンスもめちゃくちゃ出てるイメージやけど、なぜリスクを承知の上でheyに入れてるのかよく分からんな。ワイの知人はとても優秀やし善悪の判断もつく常識人やけど、そうではない人も中にはいるらしい。

2020 年 8 月 4 日

各位

お問い合わせ先
ベインキャピタル
広報担当: 久世
090-5432-6755

ベインキャピタル、hey およびクービックへのグロース投資実施を合意

Bain Capital Private Equity, LP (そのグループを含み、以下「ベインキャピタル」) は、
「STORES (ストアーズ)デジタルストアプラットフォーム」を開発・運営するヘイ株式会
社 (以下、「hey」) のシリーズ E 調達をリードしたことをお知らせいたします。本シリーズ

午後4:15　2021年9月26日　Twitter for iPhone

# Exhibit F

MILK

@mlnk901

My impression of Ba◯n Capital is that they are a group of super-talented people and post excellent results, but I don't understand why they would invest on hey while being aware of the risks. I know my acquaintances must be very intelligent and have enough common sense to judge between wight and wrong, but apparently there seem to be someone not like that.

August 4, 2020

Dear all:

Contact Information

Bain Capital

Public Relations representative: Kuze

090-5432-6755

Bain Capital, hey and Coubic Agree to Growth Investing

Bain Capital Private Equity, LP ("Bain Capital," including the Group) is pleased to announce it has led the Series E financing of hey, Inc. ("hey"), which develops and operates STORES Digital Store Platform.

4:15 p.m. – September 26, 2021 – Twitter for iPhone

# Exhibit G

 アサダアキラ隊 （ビジバ専門家）｜令3年2月〜12月「スタートア... ⋯
@DJ_AsadaAkira

返信先: @dennotaiさん

Zホールディングス　川邊健太郎様（@dennotai）

起業家界隈の光本勇介氏、ならびにそれを支援する佐俣アンリ氏や佐藤裕介氏のような非エシカル脱法上等精神の起業文化は、起業界隈の業界内自浄化作用としてまっさきに批判すべきで、それから政治的発言をすべきと思いますがいかがでしょうか？

午後10:31　2021年10月27日　Twitter Web App

# Exhibit H

asada-akira-san-team (bijipa-professional) | February ~ December of 2021 "Start U...

@ DJ_AsadaAkira

Replying to: @dennotai san

To Mr. Kentaro Kawabe, Z Holdings (@dennotai),
I believe entrepreneurship embracing unethical and law-evading spirits such as Yusuke Mitsumoto and supporters like Anri Samata and Yusuke Sato in the entrepreneurial community should be criticized first to purge out from the community before making political statements. What do you think?

10:31 p.m. – October 27, 2021 – Twitter Web App