JUNJI SUZUKI (SBN 184738)
junji@marshallsuzuki.com
MARSHALL SUZUKI LAW GROUP, LLP
230 California Street, Suite 415
San Francisco, CA 94111
Telephone: (415) 618-0090
Facsimile: (415) 618-0190
Attorney for Applicant,
hey, inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Ex Parte Application of<br><br>hey, inc.,<br><br>                              Applicant.<br>_____ | ) Case No:<br>)<br>) **[Proposed] ORDER GRANTING**<br>) **APPLICATION FOR ORDER PURSUANT**<br>) **TO 28 U.S.C. § 1782 PERMITTING**<br>) **DISCOVERY FOR USE IN FOREIGN**<br>) **PROCEEDING**<br>)<br>) |

     **Having considered applicant Hey, inc. ("Applicant")'s ex parte application for an order pursuant to 28 U.S.C. § 1782 permitting discovery for use in foreign proceeding,**

     IT IS HEREBY ORDERED that:

    1.  Applicant's application is GRANTED; and

    2.  Applicant may serve the subpoena attached hereto on Twitter, Inc.

Dated: _____ , 2022      By:_____
                                        United States District Judge

**In re Ex Parte Application of hey, inc.**
[Proposed] Order Granting Application for Order Pursuant to 28 U.S.C. § 1782 Permitting Discovery for Use in
Foreign Proceeding