Carlos Makoto Taitano, State Bar No. 275820
 makoto@taitano.us.com
MFPR Roppongi Azabudai Bldg. 11th Floor
1-8-7 Roppongi
Minato-ku, Tokyo 106-0032 Japan
Telephone:   1 671 777 0581

Attorney for Speakers
John Doe 1 *a.k.a.* @cogitopp and
John Doe 2 *a.k.a.* @mlnk901

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Ex Parte Application of<br><br>hey, inc.,<br>           Applicant. | Case Number: 22-mc-80034-DMR<br><br>**JOINT STIPULATION TO CONSOLIDATE AND MODIFY BRIEFING SCHEDULE** |

Pursuant to Civil Local Rule 6-2 and 7-12, the Applicant hey, inc. (the "**Applicant**"), the Respondent Twitter, Inc. (the "**Respondent**"), and the anonymous speakers John Doe 1 *a.k.a.* @cogitopp and John Doe 2 *a.k.a.* @mlnk901 (the "**Speakers**"), by and through the undersigned counsel, hereby stipulate to consolidate and modify the briefing schedule related to the Applicant's subpoena to the Respondent issued pursuant to 28 U.S.C. § 1782 ("Subpoena"), as follows:

1.     Pursuant to this Court's April 19, 2022 Order, the Speakers have 30 calendar days from the date of service upon them to file a motion to contest the Subpoena.

2.     @cogitopp and @mlnk901 received notice of this court's order and the Subpoena from the Respondent on May 4, 2022 PST. Therefore, the Speakers have until June 3, 2022 to file their respective motions to contest the Subpoena.

3. The Respondent timely filed its Motion to Quash the Subpoena on May 23, 2022.

4. The current filing deadline for Applicant's response to Respondent's Motion to Quash is June 6, 2022, and the current filing deadline for the Respondent's reply is June 13, 2022.

5. The Speakers have notified the Applicant and the Respondent of their intentions to file a motion to contest the Subpoena.

6. The Speakers have notified the Applicant and the Respondent that they intend to join the Respondent's Motion to Quash for purposes of judicial economy, but also intend to raise additional arguments contesting the Subpoena.

7. The Speakers have notified the Applicant and the Respondent that they request additional time to fully consider the Respondent's Motion to Quash and to raise additional arguments.

8. In the interest of streamlining the proceedings and allowing sufficient time to brief the issues raised by the Subpoena, the Respondent's Motion to Quash, and the Speakers' anticipated Motion to Quash, the Applicant, Respondent, and Speakers have agreed to consolidate and modify the briefing schedule.

9. To allow the Court sufficient time to review the pleadings and hear both motions on the same date, the Applicant, Respondent, and Speakers further agreed to reschedule the requested hearing date from July 28, 2022 to either August 4, 2022 or August 11, 2022, subject to the Court's availability.

10. There have been no previous time modifications in this case.

11. As this case is limited to a subpoena issued pursuant to 28 U.S.C. § 1782, there is no further schedule for the case that will be affected by the requested consolidation and modification.

12. Now, therefore, IT IS HEREBY STIPULATED, by and between the undersigned counsel, and subject to the approval of the Court, that the Applicant, Respondent, and Speakers shall proceed in accordance with the following schedule:

- June 24, 2022 – Deadline for Speakers' Motion to Quash
- July 8, 2022 – Deadline for Applicant to oppose or otherwise respond to Respondent's and Speakers' respective Motions to Quash
- July 22, 2022 – Deadline for Respondent and Speakers' respective replies
- August 4, 2022, or August 11, 2022 – Hearing on Respondent and Speakers' respective Motions to Quash

IT IS SO STIPULATED.

Respectfully submitted,

Dated June 2, 2022.

_____/s/   Carlos Makoto Taitano_____
CARLOS MAKOTO TAITANO
Attorney for Speakers
John Doe 1 *a.k.a.* @cogitopp and
John Doe 2 *a.k.a.* @mlnk901

Dated June 2, 2022.

MARSHALL SUZUKI LAW GROUP, LLP

By: ___/s/   Junji Suzuki_____
     Junji Suzuki
     Attorney for Applicant
     hey, inc.

Dated June 2, 2022.

PERKINS COIE LLP

By: ___/s/   Julie E. Schwartz_____
     Julie E. Schwartz
     Jasmine W. Wetherell
     Kim Y. Ng
Attorneys for Respondent
TWITTER, INC.

**[PROPOSED] ORDER**

Pursuant to stipulation, and for good cause shown, the following briefing schedule shall apply:

- June 24, 2022 – Deadline for Speakers' Motion to Quash
- July 8, 2022 – Deadline for Applicant to oppose or otherwise respond to Respondent's and Speakers' respective Motions to Quash
- July 22, 2022 – Deadline for Respondent and Speakers' respective replies
- ~~August 4, 2022, or~~ August 11, 2022 – Hearing on Respondent and Speakers' respective Motions to Quash **at 1:00 p.m. via Zoom videoconference**

IT IS SO ORDERED.

Dated: ___June 3_____, 2022

By: _____
DONNA M. RYU
United States Magistrate Judge

