# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
### Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

Name of U.S. District Court: Northern District of California

U.S. District Court case number: 22-mc-80034-DMR

Date case was first filed in U.S. District Court: 02/01/2022

Date of judgment or order you are appealing: 06/06/2023

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

☒ Yes   ☐ No   ☐ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

John Doe 1 also known as @cogitopp
John Doe 2 also known as @mlnk901

Is this a cross-appeal?   ☐ Yes   ☒ No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case?   ☐ Yes   ☒ No

If Yes, what is the prior appeal case number?

Your mailing address:

MFPR Roppongi Azabudai Building 11th Floor

1-8-7 Roppongi, Minato-ku, Tokyo 106-0032 Japan

City: Minato-ku   State: Tokyo   Zip Code: 106-0032

Prisoner Inmate or A Number (if applicable):

**Signature** /s/ Carlos Makoto Taitano   **Date** June 15, 2023

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at [forms@ca9.uscourts.gov](mailto:forms@ca9.uscourts.gov)*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:
| |
|---|
| John Doe 1 also known as @cogitopp<br>John Doe 2 also known as @mlnk901 |

Name(s) of counsel (if any):
| |
|---|
| Carlos Makoto Taitano |

Address: 1-8-7 Roppongi 11th Floor, Minato-ku, Tokyo 106-0032 Japan

Telephone number(s): (671) 777-0581

Email(s): makoto@taitano.us.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ⊙ Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:
| |
|---|
| hey, inc. |

Name(s) of counsel (if any):
| |
|---|
| Junji Suzuki |

Address: 230 California Street, Suite 415, San Francisco, CA 94111

Telephone number(s): (415) 618-0090

Email(s): junji@marshallsuzuki.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?  ○ Yes   ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                                 *2*                                      *Rev. 12/01/2018*