1  J. JONATHAN HAWK (SBN 254350)
   jhawk@whitecase.com
2  WHITE & CASE LLP
   555 South Flower Street, Suite 2700
3  Los Angeles, CA 90071-2433
   Telephone: (213) 620-7700
4  Facsimile: (213) 452-2329

5  Attorneys for X CORP., as successor in interest
   to named Respondent Twitter, Inc.
6

7

8                 UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10

11 IN RE EX PARTE APPLICATION OF          No. 4:22-mc-80034-DMR
   HEY, INC.,
12                                         **NOTICE OF WITHDRAWAL AND
                 Applicant.                SUBSTITUTION OF COUNSEL FOR X
13                                         CORP., AS SUCCESSOR IN INTEREST
                                           TO NAMED RESPONDENT TWITTER,
14                                         INC.; ORDER**

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLEASE TAKE NOTICE that X Corp., as successor in interest to named Respondent, Twitter, Inc. ("Twitter"), has retained White & Case LLP to substitute as counsel for Perkins Coie LLP.

Withdrawing counsel for Twitter are:

Julie E. Schwartz
Perkins Coie LLP
3150 Porter Drive
Palo Alto, California 94304-1212
Telephone: 650.838.4300
Facsimile: 650.838.4350
Email: JSchwartz@perkinscoie.com

Kim Y. Ng
Perkins Coie LLP
3150 Porter Drive
Palo Alto, California 94304-1212
Telephone: 650.838.4300
Facsimile: 650.838.4350
Email: KNg@perkinscoie.com

Jasmine W. Wetherell
Perkins Coie LLP
1888 Century Park East, Suite 1700
Los Angeles, California 90067-1721
Telephone: 310.788.9900
Facsimile: 310.788.3399
Email: JWetherell@perkinscoie.com

All pleadings, orders and notices should henceforth be served upon the following substituted counsel for Twitter:

J. Jonathan Hawk
White & Case LLP
555 South Flower St., Suite 2700
Los Angeles, California 90071
Telephone: 213.620.7700
Facsimile: 213.452.2329
Email: jhawk@whitecase.com

The undersigned parties consent to the above withdrawal and substitution of counsel.

-1-

| | | |
|---|---|---|
| DATED: July 6, 2023 | X CORP. | |
| | By: /s/ Adam Mehes | |
| | Adam Mehes, Senior Director, Legal | |

DATED: July 6, 2023          PERKINS COIE LLP

                             By: /s/ Julie E. Schwartz
                                 Julie E. Schwartz

DATED: July 6, 2023          WHITE & CASE LLP

                             By: /s/ J. Jonathan Hawk
                                 J. Jonathan Hawk

I hereby attest that I obtained concurrence in the filing of this document from each of the other signatories on this e-filed document.

DATED: July 6, 2023          WHITE & CASE LLP

                             By: /s/ J. Jonathan Hawk
                                 J. Jonathan Hawk

The above withdrawal and substitution of counsel is approved and so ORDERED.

DATED: July 7, 2023

IT IS SO ORDERED
Judge Donna M. Ryu

_____
DONNA M. RYU
CHIEF MAGISTRATE JUDGE

-2-