UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEY, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>TWITTER, INC.,<br><br>        Defendant. | Case No. 22-mc-80034-DMR<br><br>**ORDER TO SHOW CAUSE** |

John Does 1 and 2 filed a motion to stay the court's June 6, 2023 Order pending their appeal to the United States Court of Appeals for the Ninth Circuit. [Docket No. 25.] Pursuant to Civil Local Rule 7-3(a) and the court's June 26, 2023 Order (Docket No. 32), any brief in opposition to the motion to stay was due by June 29, 2023, but no such opposition has been received. <u>Petitioner hey, Inc. is ordered to respond by July 14, 2023 and show cause for its failure to respond</u> to the motion in accordance with Civil Local Rule 7-3(a) or alternatively to file a statement of nonopposition to the motion as required by Civil Local Rule 7-3(b). This order to show cause does not constitute permission to file a late opposition. If Petitioner does not respond by July 17, 2023, the motion to stay may be granted.

**IT IS SO ORDERED.**

Dated: July 10, 2023



_____
Donna M. Ryu
Chief Magistrate Judge
Judge Donna M. Ryu