JUNJI SUZUKI (SBN 184738)
junji@marshallsuzuki.com
MARSHALL SUZUKI LAW GROUP, LLP
230 California Street, Suite 415
San Francisco, CA 94111
Telephone: (415) 618-0090
Facsimile: (415) 618-0190
Attorney for Applicant,
hey, inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Ex Parte Application of<br><br>hey, inc.,<br><br>                Applicant. | Case No: 22-mc-80034-DMR<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41(a)(1), applicant hey, inc. voluntarily dismisses the above-captioned action without prejudice.

Dated:  March 13, 2024

Respectfully submitted,

MARSHALL SUZUKI LAW GROUP, LLP

By: _____
    Junji Suzuki
    Attorney for Applicant,
    hey, inc.

-Page 1 of 1-

**In re Ex Parte Application of hey, inc. (22-mc-80034-DMR)**
Notice of Voluntary Dismissal